**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00172-JB-MU |
| EDRIC DEWAYNE FORNEY | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, Edric Dewayne Forney, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered pleas of guilty to **Counts One** and **Six** of the Indictment charging violations of 21:846, conspiracy to possess with intent to distribute methamphetamine (actual) in Count One and 21:841(a)(1), possession with intent to distribute methamphetamine (actual) in Count Six.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the pleas of guilty be accepted and that Defendant Edric Dewayne Forney be adjudged guilty and have sentence imposed accordingly.

**NOTICE TO PARTIES**

**A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.**

DONE and ORDERED this 28th day of January 2026.

                                                  s/P. BRADLEY MURRAY
                                                  UNITED STATES MAGISTRATE JUDGE