## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA           :

vs.                                :   CRIMINAL NO.:  25-00172-JB

EDRIC DEWAYNE FORNEY               :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 64) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One and Six of the Indictment charging conspiracy to possess with intent to distribute methamphetamine (actual) in violation of 21:846 and possession with intent to distribute methamphetamine (actual) in violation of 21:841(a)(1), is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **July 27, 2026, at 10:00 a.m.**

**DONE and ORDERED** this 13th day of February 2026.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE